**NONPRECEDENTIAL DISPOSITION**
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted July 10, 2013[*]
Decided September 9, 2013

**Before**

WILLIAM J. BAUER, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

No. 13-1018

| | |
|---|---|
| ARTIS HARRIS,<br> *Petitioner–Appellant*,<br><br>  *v.*<br><br>KEVWE AKPORE, Warden,<br> *Respondent–Appellee*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 1:11-cv-04896<br><br>Rebecca A. Pallmeyer,<br>*Judge*. |

**O R D E R**

This court entered an order vacating oral argument in this case and requesting from the parties memoranda regarding the effect on this case of the court's decision in *Villanueva v. Anglin*, Nos. 12-1559, 12-2177 (7th Cir. June 17, 2013). After reviewing the memoranda, we conclude that the two cases are materially indistinguishable. Therefore, based on the analysis in *Villanueva*, the district court's judgment denying Harris's request for a writ of habeas corpus is

**AFFIRMED**.

_____

[*] Argument in this case was vacated by the court's order on June 17, 2013. Thus, the appeal is submitted on the briefs and the record. *See* FED. R. APP. P. 34(a)(2)(C).